UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Shenzhen Sailvan Network
Technology Co., Ltd. et al

v.

Civil  No. _4:25-cv-722_____

Doe 1 et al

CLERK'S ENTRY OF DEFAULT

On this __25th__ day of _____September_____, 20 _25___, it appearing from the affidavit(s)

in support of default of _____Shaoyi Che_____, attorney for plaintiff, that each of the

defendants named below has failed to plead or otherwise defend herein as provided by the Federal

Rules of Civil Procedure;

Now, therefore, the DEFAULT of each of the following named defendants is hereby entered:

Doe Defendants listed in attached Exhibit A.

DAVID A. O'Toole, CLERK

By: _____
Deputy Clerk

p:\DFLT.ord

# EXHIBIT A

# Defendants List

| Doe | Store Name | Entity Name | Store Code |
|---|---|---|---|
| 1 | HYPERAZELO | HYPERAZELO INC | 1125545596 |
| 2 | WRISTZENITH | WristAdorn LLC | 7697269982 |
| 3 | ELEGAIT | Graceful Soles LLC | 3546658821 |
| 4 | Dimitrov V. | DIMITROV VENTURES LLC | 6532477174 |
| 5 | HAUCREATE | HOUSTON INNOVATIVE LLC | 5457933221 |
| 6 | Holonix | AHMED HOLONET TECHNOLOGIES LLC | 4812347268 |
| 7 | CATOZ | KEITH SOFTWARE SOLUTIONS LLC | 5633920608 |
| 8 | AngeSoft | ANGESOM SOFT9WARE LLC | 2371576037 |
| 9 | BrilliOva | MILES NEXUSPOINT TECHNOLOGIES LLC | 2768429452 |
| 10 | RUIHANZ | HARRINGTON SOFTWARE LLC | 8708079042 |
| 11 | OMNIWAV | PARKERE CLOUDCORE SOLUTIONS LLC | 2359861798 |
| 12 | SYNCSWIFT | JEFFREY SYNC TECHNOLOGIES LLC | 2946345737 |
| 13 | SKYWARD | ElevateEmporium LLC | 7637829212 |
| 14 | EDGEGENTRY | SharpMen LLC | 2191855909 |
| 15 | PURECHIC | BeauChic LLC | 2233727964 |
| 16 | BLOOMCLOUD | BROWN FUSIONWAVE TECHNOLOGIES LLC | 3142069372 |
| 17 | 0W8EQ4W | URGCHURCHRESS LLC | 7254475802 |
| 18 | Vortexis | STEINBERGER PRIMEWAVE SOLUTIONS LLC | 4966016345 |
| 19 | JEFFAY | JEFFERSON 9K SOLUTIONS LLC | 6401447901 |
| 20 | ASTRALIS | GARCIA VERTEXLOGIC SOLUTIONS LLC | 9911481722 |
| 21 | AcTabcaps | AcTabcaps Tech LLC | 8494389363 |
| 22 | PyroLynx | HARRIS INNOVATIVE HORIZONS LLC | 4773778247 |

| 23 | CHORLAN | GEORGE SOFTWARE LLC | 8445393214 |
|----|---------|---------------------|------------|
| 24 | yczwexr12 | CONECERNED LLC | 7148409562 |
| 25 | COLLINTECH | COLLINS SUMMITEDGE SOLUTIONS LLC | 4497966130 |
| 26 | VOGUEGRID | Vogue Carriers LLC | 7846917679 |
| 27 | PrismOva | QUARLES SOLUTIONS GROUP LLC | 3760984728 |
| 28 | AEGISTECH | JENNIFER AEO TECHNOLOGIES LLC | 9669192358 |
| 29 | MECHSPEED | MELCHER INNOVATIVE HORIZONS LLC | 5182358393 |
| 30 | 214sea | POTAMASTLLC | 7015910366 |
| 31 | Vextera | FUSION CORE TECHNOLOGIES LLC | 3970039043 |
| 32 | NUOTONDA | KNOWLTON KS TECHNOLOGIES LLC | 8332906438 |
| 33 | ROCHASIN | ROCHA NOVAEDGE TECHNOLOGIES LLC | 6710052533 |
| 34 | AETHERLINK | ALLEN IT TECHNOLOGIES LLC | 4610415433 |
| 35 | ThowaveVibe | Thompson NexoWave LLC | 6347423810 |
| 36 | AishaCreative | Alemxiasuias Tech LLC | 3659603290 |
| 37 | VORTEXION | NOYOLA SKYBRIDGE SOFTWARE LLC | 7740030949 |
| 38 | Veronica S. | VERONICA SALES LLC | 3481222482 |
| 39 | DUTECH | DUARTE SOFTWARE LLC | 6660664368 |
| 40 | GordonInnovate | GORDON CONY INNOVATIVE LLC | 8212294974 |
| 41 | VORTEXA | COLLIER FUSIONTECH SOLUTIONS LLC | 8790330719 |
| 42 | Brikinova | BARGER CLOUDSPRING TECHNOLOGIES LLC | 1873676059 |
| 43 | StreleckiGr | ViewCommerce LLC | 7917839358 |
| 44 | ARISEDGE | ARIAS SUMMITEDGE SOLUTIONS LLC | 1724056576 |
| 45 | INNOVIA | ESPINOSA PATH INNOVATIONS LLC | 1928107945 |
| 46 | SUMMITEK | CLARK SUMMITEDGE SOLUTIONS LLC | 9712782010 |
| 47 | Arykee | ACKERMAN TECH SOLUTIONS LLC | 7740776105 |

| 48 | DEVOXIN | DEVAUX TECHCORE INNOVATIONS LLC | 3357078098 |
| 49 | BurgTeach | CHRISTIOBURG Teacheng LLC | 4167053541 |
| 50 | HelioVire | HAMID SUMMIT TECHNOLOGIES LLC | 3679912515 |
| 51 | adgasjdgasfh | XUHAOLIMR INC | 6304440585 |
| 52 | KilbUltra | Kilb Ultra Services LLC | 4723404293 |
| 53 | EclipTrix | FRANCIA SUMMITTECH SOLUTIONS LLC | 7850388069 |
| 55 | SEDECOR | SEDECOR INC | 9025078218 |
| 56 | BROCEN | PUCKETT NM SOFTWARE LLC | 9837204736 |
| 57 | LUMENTEK | LOCKWOOD R&R TECHNOLOGIES LLC | 8502556501 |
| 58 | BLUEVERTEX | LANDRUM TECHFRONTIER SOLUTIONS LLC | 9991594980 |
| 59 | COMELTO SHOP | COMELTOJUAN | 6906652781 |
| 60 | DYNANEST | DERENBERGER LABS LLC | 3683923065 |
| 61 | RAYNOVA | RAHIMOND INNOVATIONS LLC | 1353518736 |
| 62 | chenjindi | GuM E-Commerce LLC | 5119700328 |
| 63 | COREBRIDGE | KRANTZ TECHBRIDGE INNOVATIONS LLC | 4207233702 |
| 64 | VakabahDir | VAKABAH 71Tech LLC | 3594755269 |
| 65 | GLOWHIGH | FERGURSON BRIGHTWAVE TECHNOLOGIES LLC | 4980072966 |
| 66 | JamesInno | JAMES INNOVATIONS LLC | 2556303309 |
| 67 | PINNACLE | PARKER TECHNOLOGIES LLC | 9453678184 |
| 68 | AGORISE | AGORISE INC | 2788925708 |
| 69 | SYNTHESIS | ELLER BRIGHTLOGIC TECHNOLOGIES LLC | 6701870351 |
| 70 | AURAEXLT SHOP | AURAEXLTHONG INC | 1153507169 |
| 71 | AimastPulse | Aimast DataPulse LLC | 1900458988 |
| 72 | KINETICORE | KAYLA R&B TECHNOLOGIES LLC | 4015401484 |

3

| 73 | SJFDIEX | SURF SPRAY ACRYLIC DECKING & COATINGS LLC | 8423931733 |
|---|---|---|---|
| 74 | VOLTRONIX | ALEXANDER LIX TECHNOLOGIES LLC | 5934052050 |
| 75 | APEXHUB | MILEHIGHMARKETPLACES LLC | 2355193366 |
| 76 | Aerovista | SUMMIT IT SOLUTIONS LLC | 8603669734 |
| 77 | Celestrix | INNOVATIVE SOLUTIONS HUB LLC | 8354292340 |
| 78 | LANEKEY | LYONS FUTURETECH SOFTWARE LLC | 4570202227 |
| 80 | BialkLegacy | BIALK HISTORY SOLUTIONS LLC | 5072757258 |
| 81 | SWAYTECH | SMITH 9VIA BESE LLC | 7904531707 |
| 82 | ChromaVox | NGUYEN INNOVATECH SOLUTIONS LLC | 8863671584 |
| 86 | HYPERSPHERE | FILLION FUSIONPOINT SOLUTIONS LLC | 4766267516 |
| 87 | KadeedGo | KADEEDMClb Center LLC | 8282516966 |
| 88 | SWANKYTHREAD TRADING | SWANKYTHREAD TRADING LIMITED | 5308700289 |
| 89 | WEIJUN Z | LTDKJWY INC | 7961691919 |
| 91 | LIJIEE | LIJIEE LLC | 5080219268 |
| 92 | SolarSynth | GALLI KY SOLUTIONS LLC | 9987920365 |
| 94 | BIAO YUAN12 | YBXKLY LLC | 4564421430 |
| 95 | MIMIST | MIMIST INC | 9051415429 |
| 96 | SUNSOFT | SANDERS SOFTWARE SOLUTIONS LLC | 2270435280 |
| 98 | XuRuiShop | 莆田市荔城徐锐挥商贸有限公司 | 7609095823 |

4