IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SHENZHEN SAILVAN NETWORK TECHNOLOGY CO., LTD., et al.,<br><br>    Plaintiff,<br><br>v.<br><br>DOES 1–101,<br><br><br>    Defendants. | Case No. 4:25-cv-722- JDK |

## DECLARATION OF PLAINTIFFS' FINANCIAL CONTROLLER IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

I, Xiongfei Pan, hereby declare as follows:

1. This declaration is based on my personal knowledge of the facts stated herein or on business records that were made at the time in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am over eighteen years of age and am legally competent to make this declaration, which is true and correct, is based on my personal knowledge, and is made voluntarily and not under duress.

3. I make this declaration in support of Plaintiffs' Motion for Default Judgment (the "Motion for Default Judgment"). If called upon to do so, I could and would competently testify to the following facts set forth below.

4. I work as the financial controller for Sailvan Times Co., Ltd. (301381.SZ), which, pursuant to Chinese laws, is required to disclose audited financial reports that consolidated income and expenses of its wholly owned subsidiary, including Shenzhen Sailvan Network Technology Co., Ltd.

5. In 2025, Sailvan Times Co., Ltd. have released the financial reports for the financial

1

year of 2024 and the first half of 2025 (the "Reports"), both of which show our revenue generated from our five key brands: Coofandy, Ekouaer, Avidlove, Zeagoo, and Arshiner. The Reports also provides our selling and marketing expenses, which has continuously increased due to our expansive brand promotion strategies.

6. The Reports were prepared in Chinese and calculated in CNY currency, I prepare the conversion table to demonstrate these key figures in English and in USD for this Court's easy reference:

Table 1 – Selling and Marketing Expenses

| Selling and Marketing Expenses | CNY | USD[1] |
|---|---|---|
| FY2024 | 3,881,846,908.19 | 531,813,026.42 |
| H1 of 2025 | 1,954,976,565.30 | 272,914,728.52 |

Table 2 – Breakdown of Revenue by Brands

| Brand | FY2024 | H1 of 2025 |
|---|---|---|
| Coofandy | 218,855.21 (CNY, '0000) (approx. *USD 29,983,163.77*) | 103,544.69 (CNY, '0000) (approx. *USD 14,454,838.72*) |
| Ekouaer | 208,176.93 (CNY, '0000) (approx. *USD 28,520,239.41*) | 99,803.75 (CNY, '0000) (approx. *USD 13,932,603.50*) |
| Avidlove | 87,474.46 (CNY, '0000) (approx. *USD 11,984,001.02*) | 45,589.17 (CNY, '0000) (approx. *USD 6,364,248.13*) |
| Zeagoo | 55,984.63 (CNY, '0000) (approx. *USD 7,669,894.31*) | 23,389.74 (CNY, '0000) (approx. *USD 3,265,207.70*) |
| Arshiner | 33,849.97 (CNY, '0000) (approx. *USD 4,637,445.89*) | 18,571.59 (CNY, '0000) (approx. *USD 2,592,593.96*) |

All the figures above in CNY have been audited by a reputable third-party accounting firm in China and disclosed to the Shenzhen Stock Exchange.

7. These Sailvan Marks generated more than USD80 million in revenue for the financial year of 2024 and over $40 million for the first half of 2025, which demonstrate the brand value of our trademarks in monetary terms and our continuous and substantial marketing efforts to promote these brands.

---

[1] According to the historical exchange rate of Wall Street Journal, the closing exchange rate from CNY to USD was at 0.1370 on December 31, 2024, and 0.1396 on June 30, 2025, respectively.

8. Although it is hard to ascertain the exact assmount of lost profits as a result of trademark infringement, it will be financially unfair and detrimental to us if third-party infringers take advantage of our tremendous marketing expenses by using our brand names without authorization.

9. To prevent further harm to Sailvan Marks and deter others from engaging in similar infringing activities, I hope that this Court will award damages high enough to deter future infringement.

10. Without such deterrence, I am concerned that our growing investment in branding will eventually nurture malicious online counterfeiters to the detriment of our group.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October [*], 2025, at Shenzhen, China

_____
Xiongfei Pan
Financial Controller