AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

|  |  |
|---|---|
| Shenzhen Sailvan Network Technology Co., Ltd. et a | ) |
| *Plaintiff* | ) |
| v. | ) |
| Doe 1 - 101 | ) |
| *Defendant* | ) |

Case No.    4:2025-cv-00722

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

see the list below                                                                                            .

Date:      11/15/2025

/S/    WEI WANG
*Attorney's signature*

WEI WANG 5932249
*Printed name and bar number*

Glacier Law LLP

41 MADISON AVENUE, SUITE 2529
NEW YORK, NEW YORK, 10010
*Address*

wei.wang@glacier.law
*E-mail address*

(212) 729-5073
*Telephone number*

*FAX number*

| Number | Store Name | Store Code |
|---|---|---|
| 2 | WRISTZENITH | 7697269982 |
| 3 | ELEGAIT | 3546658821 |
| 4 | Dimitrov V. | 6532477174 |
| 6 | Holonix | 4812347268 |
| 7 | CATOZ | 5633920608 |
| 8 | AngeSoft | 2371576037 |
| 9 | BrilliOva | 2768429452 |
| 10 | RUIHANZ | 8708079042 |
| 11 | OMNIWAV | 2359861798 |
| 12 | SYNCSWIFT | 2946345737 |
| 13 | SKYWARD | 7637829212 |
| 14 | EDGEGENTRY | 2191855909 |
| 15 | PURECHIC | 2233727964 |
| 16 | BLOOMCLOUD | 3142069372 |
| 18 | Vortexis | 4966016345 |
| 19 | JEFFAY | 6401447901 |
| 20 | ASTRALIS | 9911481722 |
| 21 | AcTabcaps | 8494389363 |
| 22 | PyroLynx | 4773778247 |
| 23 | CHORLAN | 8445393214 |
| 25 | COLLINTECH | 4497966130 |
| 26 | VOGUEGRID | 7846917679 |
| 27 | PrismOva | 3760984728 |
| 28 | AEGISTECH | 9669192358 |
| 29 | MECHSPEED | 5182358393 |
| 31 | Vextera | 3970039043 |
| 32 | NUOTONDA | 8332906438 |
| 33 | ROCHASIN | 6710052533 |
| 34 | AETHERLINK | 4610415433 |
| 35 | ThowaveVibe | 6347423810 |
| 36 | AishaCreative | 3659603290 |
| 38 | Veronica S. | 3481222482 |
| 39 | DUTECH | 6660664368 |
| 40 | GordonInnovate | 8212294974 |
| 41 | VORTEXA | 8790330719 |
| 42 | Brikinova | 1873676059 |
| 44 | ARISEDGE | 1724056576 |
| 45 | INNOVIA | 1928107945 |
| 46 | SUMMITEK | 9712782010 |
| 47 | Arykee | 7740776105 |
| 48 | DEVOXIN | 3357078098 |
| 49 | BurgTeach | 4167053541 |
| 50 | HelioVire | 3679912515 |
| 52 | KilbUltra | 4723404293 |

| 53 | EclipTrix | 7850388069 |
|----|-----------|------------|
| 56 | BROCEN | 9837204736 |
| 57 | LUMENTEK | 8502556501 |
| 58 | BLUEVERTEX | 9991594980 |
| 60 | DYNANEST | 3683923065 |
| 61 | RAYNOVA | 1353518736 |
| 63 | COREBRIDGE | 4207233702 |
| 64 | VakabahDir | 3594755269 |
| 65 | GLOWHIGH | 4980072966 |
| 66 | JamesInno | 2556303309 |
| 67 | PINNACLE | 9453678184 |
| 69 | SYNTHESIS | 6701870351 |
| 71 | AimastPulse | 1900458988 |
| 72 | KINETICORE | 4015401484 |
| 74 | VOLTRONIX | 5934052050 |
| 75 | APEXHUB | 2355193366 |
| 77 | Celestrix | 8354292340 |
| 78 | LANEKEY | 4570202227 |
| 80 | BialkLegacy | 5072757258 |
| 81 | SWAYTECH | 7904531707 |
| 82 | ChromaVox | 8863671584 |
| 87 | KadeedGo | 8282516966 |
| 92 | SolarSynth | 9987920365 |